UNITED STATES DISTRICT COURT
District of Maine

NEW ENGLAND FISHERMEN'S STEWARDSHIP ASSOCIATION (NEFSA), JERRY LEEMAN )
          Plaintiff(s), )
vs. ) Case No. 2:23-cv-00339-JAW
)
GINA RAIMONDO, U.S. SECRETARY OF COMMERCE, ET AL., )
          Defendant(s). )

## CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: James Burnham

2. State bar membership number(s): DC 1015196; AZ 034363; IL 6304648

3. Firm name, address and telephone number:
   King Street Legal, PLLC, 800 Connecticut Ave. NW, Suite 300, Washington, DC 20006
   (602) 501-5469

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   Arizona; District of Columbia; Illinois; District Court for the Northern District of Illinois; Court of Appeals for the Fourth Circuit; Court of Appeals for the Fifth Circuit; Court of Appeals for the Seventh Circuit; Court of Appeals for the Eighth Circuit; Court of Appeals for the Ninth Circuit; Court of Appeals for the Tenth Circuit; Court of Appeals for the District of Columbia; Court of Appeals for the Federal Circuit

5. Name, address and telephone number of associated local counsel:
   Megan S. Newton
   Jones Day, 51 Louisiana Ave. NW, Washington, DC 20001; Tel. (202) 879-3939

6. Party name(s) entering appearance for:
   New England Fishermen's Stewardship Association; Jerry Leeman

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body?  ☐ Yes  ☑ No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies?  ☐ Yes  ☑ No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?  ☑ Yes  ☐ No

Dated: 09/19/2023                   Megan S. Newton
                                    Signature of Local Counsel

Dated: 09/19/2023                   James Burnham
                                    Signature of Applicant