IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
PORTLAND DIVISION

| | |
|---|---|
| NEW ENGLAND FISHERMEN'S STEWARDSHIP ASS'N<br><br>*Plaintiff,*<br>v.<br><br>GINA RAIMONDO, U.S. Secretary of Commerce, *et al.*<br><br>*Defendants.* | No. 23-cv-00339-JAW |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1(a), Plaintiff New England Fishermen's Stewardship Association (NEFSA) files this disclosure statement: NEFSA does not have a parent corporation and no entity or individual currently owns more than 10% of NEFSA's stock.

Dated: October 6, 2023

Respectfully submitted,

*/s/ Megan S. Newton*
Megan S. Newton, ME Bar No. 004461
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20001
(202) 879-3986
msowardsnewton@jonesday.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record.

/s/ *Megan S. Newton*
Megan S. Newton