## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

NEW ENGLAND FISHERMAN'S
STEWARDSHIP ASSOCIATION,

      Plaintiff,

    v.

GINA RAIMONDO, U.S. Secretary of
Commerce, et al.,

      Defendants.

No. 2:23-cv-00339-JAW

## NOTICE OF INTERESTED PARTIES

Defendants, speaking only for Defendant National Marine Fisheries Service and

Defendants Raimondo, Coit, and Rauch in their official capacities, are aware of no

corporate parents or interested parties to the dispute.

Dated:  November 9, 2023

Respectfully submitted,

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

By:   */s/ John G. Osborn*
John G. Osborn
Assistant U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
John.Osborn2@usdoj.gov


TODD KIM
Assistant Attorney General
S. JAY GOVINDAN
Section Chief
MEREDITH L. FLAX
Deputy Section Chief

OF COUNSEL:

MITCH MACDONALD
U.S. Department of Commerce
National Oceanic and Atmospheric
    Administration
Office of General Counsel

FREDERICK H. TURNER
Senior Trial Attorney
Wildlife and Marine Resources Section
Environmental and Natural Resources Division
United States Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0641
Fax: (207) 305-0245
Email: frederick.turner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I caused the foregoing Notice of Appearance to be electronically filed using the CM/ECF system, which will send notification of such filing to all parties of record.

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

By:   /s/ John G. Osborn
John G. Osborn
Assistant U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
John.Osborn2@usdoj.gov