# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE
# PORTLAND DIVISION

NEW ENGLAND FISHERMEN'S STEWARDSHIP ASSOCIATION,

        *Plaintiff,*

   v.

GINA RAIMONDO, U.S. Secretary of Commerce, *et al.*

        *Defendants.*

No. 23-cv-00339-JAW

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, by undersigned counsel, hereby provides this Court with this Notice of Supplemental Authority.

The United States District Court for the Southern District of Mississippi recently issued an order and opinion in *Arnesen v. Raimondo*, which concerns several of the same constitutional challenges to the Magnuson-Stevens Fishery Conservation and Management Act presented by Plaintiff here.  *See Arnesen v. Raimondo*, No. 1:23-CV-145-TBM-RPM, 2024 WL 377820 (S.D. Miss. Jan. 31, 2024).  The district court's order is attached to this Notice as Exhibit A.

Dated:  February 13, 2024

Respectfully submitted,

/s/ *Megan S. Newton*
Megan S. Newton, ME Bar No. 004461
Brett Shumate*
John Henry Thompson*
Louis J. Capozzi III*
Alexis Zhang*
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20001
(202) 879-3986
msowardsnewton@jonesday.com

James M. Burnham*
King Street Legal, P.L.L.C.

800 Connecticut Avenue NW, Suite 300
Washington, DC 20006
(602) 501-5469
james@kingstlegal.com
*admitted pro hac vice*

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record.

/s/ *Megan S. Newton*
Megan S. Newton