# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NEW ENGLAND FISHERMEN'S STEWARDSHIP ASSOCIATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:23-cv-00339-JAW |
| GINA RAIMONDO, U.S. Secretary of Commerce, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF RECENT DEVELOPMENT

Defendants hereby notify the Court and Plaintiff of a recent development related to Plaintiff's challenge to Framework Adjustment 65 (Framework 65) of the Northeast Multispecies Fishery Plan (FMP) in the above-captioned case. Plaintiff's case challenges the Final Rule implementing Framework 65. ECF No. 13; 88 Fed. Reg. 56,527 (Aug. 18, 2023). On May 2, 2024, the National Marine Fisheries Service (NMFS) published a Final Rule to implement Framework Adjustment 66 (Framework 66) to the FMP. 89 Fed. Reg. 35,755 (May 2, 2024). Framework 66 sets new catch limits for fishing year 2024 for some of the stocks covered by the FMP while other stock limits remain the same, and it makes several additional management modifications. *Id.*

Defendants maintain that no remedy is warranted in this case challenging Framework 65; however, if the Court finds any flaw with Framework 65, Defendants renew their request for an opportunity to submit supplemental briefing on remedy. ECF No. 41 at 40. Determining the proper remedy would involve addressing severability. *Id.* It also may require consideration of the relationship between Framework 65 and Framework 66 and the management measures each implements.

Dated: June 17, 2024

Respectfully submitted,

TODD KIM
Assistant Attorney General
S. JAY GOVINDAN
Section Chief
MEREDITH L. FLAX
Deputy Section Chief

OF COUNSEL:

 */s/ Frederick H. Turner*
FREDERICK H. TURNER

MITCH MACDONALD
U.S. Department of Commerce
National Oceanic and Atmospheric
   Administration
Office of General Counsel

Senior Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice

1

Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0641
Fax: (202) 305-0275
Email: frederick.turner@usdoj.gov

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

JOHN G. OSBORN
Assistant U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
John.Osborn2@usdoj.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on June 17, 2024, I electronically filed the foregoing using the CM/ECF system.

                                                                 */s/ Frederick H. Turner*
                                                                 FREDERICK H. TURNER

                                                                 *Attorney for Defendants*