UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NEW ENGLAND FISHERMEN'S <br> STEWARDSHIP ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> GINA RAIMONDO, et al., <br><br> Defendants, | ) <br> ) <br> ) <br> ) <br> ) <br> ) 2:23-cv-00339-JAW <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order on Motions for Summary Judgment entered by Judge John A. Woodcock, Jr. on December 30, 2024,

JUDGMENT is hereby entered for plaintiff New England Fishermen's Stewardship Association and against the defendants Gina Raimondo, National Marine Fisheries Service, Janet Coit and Samuel D. Rauch, III on Counts 1 and 2 of the Amended Complaint; Defendants are ENJOINED from applying 16 U.S.C. §§ 1854(c)(3), (h), the provisions prohibiting the National Marine Fisheries Service from repealing Fisheries Management Plans or imposing a limited access system without prior approval by the Council and these provisions are SEVERED as unconstitutional from the Magnuson-Stevens Fishery Conservation and Management Act;

JUDGMENT if further entered for the defendants Gina Raimondo, National Marine Fisheries Service, Janet Coit and Samuel D. Rauch, III and against the plaintiff New England Fishermen's Stewardship Association on Counts 3 and 4 of the Amended Complaint.

                                                              CHRISTA K. BERRY
                                                              CLERK

                                        By:      /s/ Julie W. Rodrigue
                                                      Deputy Clerk

Dated: December 31, 2024