IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
PORTLAND DIVISION

NEW ENGLAND FISHERMEN'S STEWARDSHIP ASSOCIATION,

    *Plaintiff,*

  v.

GINA RAIMONDO, U.S. Secretary of Commerce, *et al.*

    *Defendants.*

No. 23-cv-00339-JAW

## MOTION TO WITHDRAW AS COUNSEL

James M. Burnham respectfully requests the Court's permission to withdraw as counsel for Plaintiff New England Fishermen's Stewardship Association in the above-captioned matter, due to his departure from private practice. Plaintiff will continue to be represented by and through the other attorneys listed on the docket.

Dated: January 17, 2025

Respectfully submitted,

/s/ Megan S. Newton
Megan S. Newton, ME Bar No. 004461
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20001
(202) 879-3986
msowardsnewton@jonesday.com

James M. Burnham (*pro hac vice*)
King Street Legal, P.L.L.C.
800 Connecticut Avenue NW, Suite 300
Washington, DC 20006
(602) 501-5469
james@kingstlegal.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record.

*/s/ Megan S. Newton*
Megan S. Newton