# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NEW ENGLAND FISHERMEN'S STEWARDSHIP ASSOCIATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>HOWARD LUTNICK, U.S. Secretary of Commerce, et al.,[1] )<br><br>Defendants. ) | Case No. 2:23-cv-00339-JAW |

## DEFENDANTS' NOTICE OF APPEAL

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Howard Lutnick, in his official capacity as Secretary of Commerce, is automatically substituted for Gina Raimondo. Likewise, Emily Menashes, in her official capacity as Acting Assistant Administrator for Fisheries, is automatically substituted for Janet Coit.

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Howard Lutnick, Secretary of the United States Department of Commerce; National Marine Fisheries Service (NMFS); Emily Menashes, NMFS Acting Assistant Administrator; and Samuel D. Rauch III, NMFS Deputy Assistant Administrator for Regulatory Programs, Defendants in the above-named case, appeal to the United States Court of Appeals for the First Circuit from the Court's December 30, 2024 Order and December 31, 2024 Judgment. Copies of these two documents are attached.

Dated:  February 28, 2025

Respectfully submitted,

LISA L. RUSSELL
Deputy Assistant Attorney General
S. JAY GOVINDAN
Section Chief
MEREDITH L. FLAX
Deputy Section Chief

OF COUNSEL:

MITCH MACDONALD
U.S. Department of Commerce
National Oceanic and Atmospheric
    Administration
Office of General Counsel

 /s/ Frederick H. Turner
FREDERICK H. TURNER
Senior Trial Attorney
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0641
Fax: (202) 305-0275
Email: frederick.turner@usdoj.gov

CRAIG M. WOLFF
ACTING UNITED STATES ATTORNEY

JOHN G. OSBORN
Assistant U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
John.Osborn2@usdoj.gov

*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2025, I electronically filed the foregoing using the CM/ECF system.

                                                             /s/ Frederick H. Turner
                                                             FREDERICK H. TURNER

                                                             *Attorney for Defendants*