# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE
# PORTLAND DIVISION

| | |
|---|---|
| NEW ENGLAND FISHERMEN'S STEWARDSHIP ASSOCIATION, <br><br> *Plaintiff*, <br> v. <br><br> HOWARD LUTNICK, U.S. Secretary of Commerce, *et al.* <br><br> *Defendants.* | No. 23-cv-00339-JAW |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(B), Plaintiff New England Fishermen's Stewardship Association hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered on December 31, 2024. *See* ECF 59 (Dec. 30, 2024) (opinion and order); ECF 60 (Dec. 31, 2024) (final judgment).

| | |
|---|---|
| Dated: February 28, 2025 | Respectfully submitted, <br><br> /s/ *Megan S. Newton* <br> Megan S. Newton, ME Bar No. 004461 <br> JONES DAY <br> 51 Louisiana Avenue N.W. <br> Washington, DC 20001 <br> (202) 879-3986 <br> msowardsnewton@jonesday.com <br><br> *Counsel for Plaintiff New England Fishermen's Stewardship Association* |

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record.

*/s/ Megan S. Newton*
Megan S. Newton